UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| DENISEALEE HERNANDEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CAROYN W. COLVIN, Acting commissioner )<br>of Social Security,, )<br>)<br>Defendants. )<br>) | CASE NO.: 3:13-CV-00391-RCJ-WGC<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #20) entered on May 30, 2014, in which the Magistrate Judge recommends that the Court deny Plaintiff's Motion For Reversal and/or Remand (#11) and that the Defendant's Cross-Motion to Affirm (#17) be granted. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #20).

IT IS HEREBY ORDERED that Plaintiff's Motion For Reversal and/or Remand (#11) is DENIED.

IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (#17) is GRANTED. The Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 4th day of November, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE