AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF __NEVADA__

DENISEALEE HERNANDEZ,

        Plaintiff,

V.

CAROLYN W. COLVIN, et al.,

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   3:13-cv-00391-RCJ-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant's Cross-Motion to Affirm (#17) is GRANTED.

November 4, 2014

**LANCE S. WILSON**
Clerk


/s/ K. Rusin
Deputy Clerk